# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

OCTAVIUS WILLIAMS, :
:
    Petitioner, :
:
v. : 1:07-CV-68 (WLS)
:
HUGH SMITH, Warden, :
:
    Respondent. :
_____ :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed November 30, 2007. (Doc. 14). It is recommended that Petitioner's §2254 petition be dismissed as untimely. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 14) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Defendant's Motion to Dismiss (Doc. 8) is **GRANTED** and Petitioner's §2254 petition is hereby **DISMISSED.**

    **SO ORDERED**, this   11th   day of January, 2008.

                                    /s/W. Louis Sands
                                  **THE HONORABLE W. LOUIS SANDS,**
                                  **UNITED STATES DISTRICT COURT**